**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Lolita Cheatham                                         Case No.: 16-31848-KLP
              Debtor(s)                                               Chapter 13

## AFFIDAVIT of Lolita Cheatham

BEFORE ME, the undersigned authority, personally appeared Lolita Cheatham, known to me, and upon their oath stated as follows:

1. My name is Lolita Cheatham.  I am above the age of 18 years and competent to make this affidavit.  I have personal knowledge of the facts set forth in this affidavit.

2. I am the Debtor(s) in the present bankruptcy case.

3. I reside at 10254 Brading Ln Midlothian, VA 23112

4. I have income from my employment with Thompson Construction Group, respectively.  I also receive SNAP benefits

5. My income is stable, and I do not expect it to decrease during the term of my Chapter 13 plan.

6. Prior to this case, I was involved in 1 previous case which was filed on 10/24/2014 (case number 14-35714).

7. The case was dismissed on 11/2/2015 because of failure to make plan payments due to job loss.

8. Prior to this case, I was also involved in one other case: a Chapter 7 case filed on 12/12/1995 and discharged on 3/21/1996 (case number 95-35396).

9. I believe that the stability in my income will enable me to successfully complete this bankruptcy case.

10. I have listed all of my assets and all of my debts and have fully and accurately disclosed all of my income and expenses in the Schedules in this case.

11. I have incurred new debt since my last case.

    a. $250 lease arrears to Extra Space Stoage.
    b. Approximately $4,000 in unsecured debt, primarily for medical bills and utilities.
    c. $1,128.00 tax debt.

12. The following is a list of our/my debt and how it will be treated in my new case:

    i) Arrears:
       (1) Extra Space Storage: $250.00.

    ii) Priority tax debt:
        (1) IRS: $1,128.00.

    iii) Secured Creditors to be paid in plan:
         (1) Credit Acceptance: $3,375.00 plus 5.25% interest.

    iv) Unsecured non priority creditors: $25,038.00, which my plan proposes to pay a minimum dividend of   1.00 %.

13. My employment and income is consistent and is likely to remain so during my case.  My expenses are not likely to change substantially.  My income leads me to believe I will be able to make my payments to the Trustee.

14. My plan pays $100.00 per month for two months to the Trustee for two (2) months, then my plan pays $240.00 per month for forty-nine (49) months, which is all of my disposable income, for a total pay in of $11,960.00.

15. My debts arose as a result of trying to make ends meet.  The debt I have has accumulated over several years and was not the result of any purchases of luxury goods or services.  I have also not taken cash advances since the dismissal of omy Prior Case or otherwise used credit abusively.

15. I desire to use the bankruptcy system to obtain a fresh start and have not been attempting to evade my responsibilities or delay my creditors' attempts to collect. The purpose of my bankruptcy filing is to re-pay my creditors the amount I can afford, to retain my vehicle, and to obtain a discharge of my indebtedness.

    Further Affiant sayeth not.

WITNESS the following signature and seal 4/26/2016

                                         /s/ _Lolita Cheatham_____  (seal)
                                         Lolita Cheatham

### CERTIFICATE OF ACKNOWLEDGMENT:

Commonwealth of Virginia,
City/County of <u>Henrico</u>, to wit:

      The foregoing instrument was acknowledged before me on 4/26/2016, by Lolita Cheatham

                                           /s/  Sara Herbert_____
                                           Notary Public

My Commission Expires: __1/31/2018___
My Registration No. is: ____7362972____

Certificate of Service

I hereby certify that I on April 26, 2016, I have mailed or hand-delivered a true copy of the foregoing Affidavit to the parties listed on the attached service list.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

## Creditors

**Bon Secours**
PO Box 28538
Henrico, VA 23228-0000

**Cavalry Investments LLC**
500 Summit Lake Dr. Ste 400
Valhalla, NY 10595-0000

**Cavalry Portfolio Services**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

**Central Credit/Penn Cr**
Attn: Bankruptcy
PO Box 988
Harrisburg, PA 17108-0000

**Check City**
PO Box 970183
Orem, UT 84097-0000

**Check City**
re: Bankruptcy
6001 West Broad Street
Richmond, VA 23230-0000

**CHECK CITY**
2729-B WEST BROAD ST.
RICHMOND, VA 23220

**CJW Medical Center**
PO Box 13620
Richmond, VA 23225-0000

**Convergent Outsourcing**
10750 Hammerly Blvd #200
Houston, TX 77043-0000

**Credit Acceptance**
25505 W 12 Mile Rd, Ste 2300
Southfield, MI 48034-0000

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290-0001

**DriveTime Credit Co**
attn: Bankruptcy
PO Box 29018
Phoenix, AZ 85038-0000

**Eastern Account System of Conn**
PO Box 837
Newtown, CT 06470-0000

**Enhanced Recovery Corporation**
8014 Bayberry Rd
Jacksonville, FL 32256-7412

**Extra Spce Storage**
7000 Hull Street Rd
Richmond, VA 23224-0000

**HCA Henrico Doctors Hospital**
1602 Skipwith Road
Henrico, VA 23229-0000

**Henrico Doctor's Hospital**
PO Box 13620
Richmond, VA 23225-8620

**International Collection Servi**
c/o Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-0000

**Jefferson Capital Systems**
16 McLeland Rd
Saint Cloud, MN 56303-0000

**MCV Associated Physicians**
830 E Main St
Suite 1900
Richmond, VA 23219-0000

**National Credit Systems**
PO Box 312125

Atlanta, GA 31131-2125

**Navy Federal Credit Union**
PO Box 3000
Merrifield, VA 22119-3000

**Parrish and LeBar, LLP**
5 E Franklin St.
Richmond, VA 23219-0000

**Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587

**Seventh Avenue**
re: Bankruptcy Dep't
112 7th Ave
Monroe, WI 53566-1364

**Spinella, Owings & Shaia**
8550 Mayland Dr, Ste 1
Henrico, VA 23294-0000

**Sprint**
Attn: Bankruptcy Dept
4900 W. 95th Street
Oak Lawn, IL 60453-0000

**Sprint Corp**
attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0000

**Sprint PCS**
PO Box 54977
Los Angeles, CA 90017-0000

**Suntrust Bank**
Support Services/RW 7941
PO Box 85052
Richmond, VA 23286-0000

**Town and Country Apts**
1402-D Barriedale Road
Richmond, VA 23225-0000

**VCU Health System -- MCV Hosp.**
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462